■ In the Matter of CECELIA M. MORETTE, as Executrix of VINCENT S. MORETTE, Deceased, Petitioner, v MARGARITA ROSA, as Commissioner of State Division of Human Rights, et al., Respondents.—Determination unanimously confirmed with costs and petition dismissed. Memorandum: We reject petitioner's contention that protracted administrative delay ousted the State Division of Human Rights of jurisdiction *(see, Matter of Sarkisian Bros. v State Div. of Human Rights,* 48 NY2d 816). Because petitioner has failed to demonstrate that she suffered substantial prejudice by reason of the delay, we confirm the determination *(see, Matter of State Div. of Human Rights v Howard Johnson Co.,* 122 AD2d 949, 950; *Matter of Rores v Passidomo,* 104 AD2d 727). (Executive Law § 298 Proceeding Transferred by Order of Supreme Court, Wolfgang,

J.) Present—Callahan, J. P., Green, Balio, Fallon and Doerr, JJ.